# MIXON & CARROLL
A PROFESSIONAL LAW CORPORATION
107 RISER STREET  P.O. DRAWER 1619
COLUMBIA, LOUISIANA 71418
(318) 649-9284

JAMES E. MIXON
JAMES L. CARROLL*
BRAIN E. FRAZIER

*ALSO ADMITTED IN TX, NM & NY

jmixon@mixoncarroll.com
jcarroll@mixoncarroll.com
bfrazier@mixoncarroll.com

Fax (318) 649-0277

March 31, 2011

Citizens Bank
301 E. Main Street
Kilgore, TX 75663

Certified, Return Receipt Requested
7010-2780-0003-0424-2983

Re: Marvin W. Strozier, et.al.
Vs. No. 37,296
Kepco Energy, Inc.

Greetings:

Find enclosed a certified copy of the Rule to Show Cause by Marvin W. Strozier, et.al. in the above entitled proceedings.

This letter is being sent to you, together with the enclosures as service upon you pursuant to Louisiana Revised Statute 13:3201 et.seq.

Very truly yours,

Teresa Cooper

TAC/tac
Enclosure
Cc:  Marvin Strozier
     RC Operating

{00072896.1.TAC}

Parish of LaSalle
State of Louisiana
28th Judicial District Court

MARVIN W STROZIER, ET AL

VS. NO 37296

KEPCO ENERGY INC

DOCKET NO. 37296
FILED:
2011 MAR 29 A 9:20
Dy. CLERK & RECORDER
LASALLE PARISH, LA

## *LONG ARM NOTICE*

TO: CITIZENS BANK
    301 E. MAIN STREET
    KILGORE, TEXAS 75663

   YOU ARE HEREBY SUMMONED to comply with the demand contained in the **RULE TO SHOW CAUSE and ORDER** thereon, a true and faithful copy whereof accompanies this Notice, and to appear on:

### MAY 16, 2011 at 9:30 AM

in the Twenty-Eighth District Court, in and for the Parish of LaSalle.

   **WITNESS** the Hon. J. Christopher Peters, Judge of said Court, at Jena, LaSalle Parish, Louisiana, on the March 29, 2011.

_____
Deputy Clerk, Twenty-Eighth District Court

Requested by:
JAMES E. MIXON
P.O. DRAWER 1619
COLUMBIA, LA 71418

ATTEST A TRUE COPY
_____
Dy. Clerk of Court & Ex-Officio Recorder
LaSalle Parish, LA

DOCKET NO. 37296
FILED:

2011 MAR 28 A 11:05

28TH JUDICIAL DISTRICT
DY. CLERK & RECORDER
LASALLE PARISH, LA

STATE OF LOUISIANA    PARISH OF LaSALLE

MARVIN W. STROZIER, ET.AL.

VS. NO. 37,296

KEPCO ENERGY, INC.

FILED: _____

BY: _____
DEPUTY CLERK OF COURT

## RULE TO SHOW CAUSE

NOW INTO COURT, through undersigned counsel, comes MARVIN W. STROZIER, MALCOLM L. STROZIER and RUTH E. STROZIER (hereinafter collectively referred to as "STROZIER"), who respectfully represent:

1.

Named Defendants in Rule are:

A. KEPCO ENERGY, INC., an Oklahoma corporation authorized to do and doing business in the State of Louisiana (hereinafter "KEPCO"), and,

B. CITIZENS BANK, a Texas banking association, domiciled in Kilgore, Texas, (hereinafter "CITIZENS")

2.

Pursuant to Oil, Gas and Mineral Lease dated January 23, 1990, and recorded in Conveyance Book 174, Page 465, records of LaSalle Parish, Louisiana, STROZIER leased to James A. Stewart the NW/4 of SE/4 of Section 36, T8N, R2E, records of LaSalle Parish, Louisiana.

3.

Pursuant to sundry assignments, the working interest in the Oil, Gas and Mineral Lease referred to in Paragraph 2 hereof, was acquired by KEPCO.

4.

This Lease was subsequently extended and/or supplemented by an Oil, Gas and Mineral Lease dated April 11, 2008, and recorded May 5, 2008, in the conveyance records of LaSalle Parish, Louisiana for a period of 1 year.

5.

Pursuant to a Right-of-Way and Salt Water Disposal Agreement ("SWD Agreement"), dated September 23, 2005, STROZIER entered into an agreement with KEPCO which provided for the

{00072332.1.TAC}

nonexclusive use by **KEPCO** of a salt water well located on property owned by **STROZIER** described as the NW/4 of SE/4 of Section 36, T8N, R2E, LaSalle Parish, Louisiana, known as the P.Strozier SWD No. 2 well (La. Office of Conservation Serial No. 212856),

6.

**CITIZENS** claims a security interest in Leases to **KEPCO** and wells operated by **KEPCO**.

7.

Pursuant to Judgment rendered in these proceedings on the 8th day of July, 2010, Judgment was rendered in favor of **STROZIER** and against **KEPCO** in and for the sum of $29,800.00, being the cost of plugging and abandoning all wells formerly operated by **KEPCO** on the NW/4 of SE/4 of Section 36, T8N, R2E, records of LaSalle Parish, Louisiana, as well as the costs of restoring the premises thereof.

8.

The Leases referred to in Paragraphs 2 and 4 of this Rule expired pursuant to their terms and conditions prior to June 8, 2010.

9.

The Judgment dated July 8, 2010, provided for a issuance of writ of sequestration, seizure and sale of any and all equipment, machinery and other property owned by **KEPCO** located on the NW/4 of SE/4 of Section 36, T8N, R2E, LaSalle Parish, Louisiana and recognized the Lessor's lien of **STROZIER** against said equipment ordering the same to be sold to satisfy **STROZIER'S** lien.

10.

The Judgment dated July 8, 2010, further terminated the Salt Water Disposal Agreement between **STROZIER** and **KEPCO**.

11.

In accordance with the Judgment rendered on July 8, 2010, a notice of seizure was issued in these proceedings providing for the sale of any and all equipment, machinery and other property owned by **KEPCO** located on the NW/4 of SE/4 of Section 36, T8N, R2E, LaSalle Parish, Louisiana at 10:00 a.m. on October 27, 2010.

12.

Notice of the seizure and sale was served upon **KEPCO**.

{00072332.1.TAC}

13.

Notice of the issuance of the seizure and sale was provided to **CITIZENS** through its counsel by certified mail dated October 18, 2010 and received October 19, 2010.

14.

By Sheriff's Sale conducted on October 27, 2010, all equipment, machinery and other property owned by **KEPCO** located on the NW/4 of SE/4 of Section 36, T8N, R2E, LaSalle Parish, Louisiana was sold to Rock Creek, LLC.

15.

Petitioners have entered into an Oil and Gas Lease with R.C. Operating, LLC for the NW/4 of SE/4 of Section 36, T8N, R2E, LaSalle Parish, Louisiana, as well as an agreement for operations of the Salt Water Disposal well located on the NW/4 of SE/4 of Section 36, T8N, R2E, LaSalle Parish, Louisiana.

16.

R.C. Operating, LLC has submitted to **KEPCO** and **CITIZENS** change of operator's forms to facilitate the change of the operator for the following described wells requesting that **KEPCO**, as the current operator of said wells, consent to the change of the operator on said wells to R.C. Operating, LLC., to-wit:

1. WX A RC SUTT-STROZIER No. 001, Louisiana Office of Conservation Serial No. 222762.
2. WX B RC SUTT-STROZIER No. 001, Louisiana Office of Conservation Serial No. 212823.
3. P. STROZIER SWD No. 2, Louisiana Office of Conservation Serial No. 212856.

17.

**KEPCO** and **CITIZENS** have refused to sign the change of operator forms in connection with the wells identified in Paragraph 16 of this Rule despite amicable demand.

18.

Neither **KEPCO** nor **CITIZENS** have any further interest in the wells and/or leases upon which the wells identified in Paragraph 16 of this Rule are situated.

19.

Petitioners are entitled to have a Rule issued herein directing **KEPCO** and **CITIZENS** to show cause at a date, time and place fixed by this Honorable Court why an Order should not be issued herein directing **KEPCO** and **CITIZENS** to consent to the change in the operator of the wells referred to in Paragraph 16 of this Rule to R.C. Operating, LLC or in the alternative an Order declaring that the consent of **KEPCO** and **CITIZENS** to the request for change of operator of said wells by R.C. Operating, LLC be dispensed with.

WHEREFORE, **MARVIN W. STROZIER, MALCOLM L. STROZIER and RUTH E. STROZIER** pray that a Rule be issued directing that **KEPCO ENERGY, INC.** and **CITIZENS BANK** to show cause at a date, time and place fixed by this Honorable Court why they should not be required to consent to the change of operator request of R.C. Operating, LLC in connection with the wells referred to in Paragraph 16 of this Rule or in the alternative why their consent to the change of operators of said wells should not be dispensed with.

Petitioners further pray for any and all other just and equitable relief.

Respectfully submitted,

MIXON & CARROLL, PLC
P. O. Drawer 1619
Columbia, LA 71418
(318) 649-9284 – Phone
(318) 649-0277 – Fax
jmixon@mixoncarroll.com
jcarroll@mixoncarroll.com
bfrazier@mixoncarroll.com

JAMES E. MIXON, LSB# 10358
JAMES L. CARROLL, LSB# 28322
BRIAN E. FRAZIER, LSB# 30509

PLEASE SERVE:

**KEPCO ENERGY, INC.**
Through its Agent for Service of Process
Donald R. Wilson
1057 Courthouse Street
Jena, LA 71342

**Pursuant to Longarm Statute:**
**CITIZENS BANK**
301 E. Main Street
Kilgore, Texas 75663

{00072332.1.TAC}

DOCKET NO. 37296
FILED:

STATE OF LOUISIANA   PARISH OF LaSALLE   28TH JUDICIAL DISTRICT

2011 MAR 28 A 11:15
DY. CLERK & RECORDER
LASALLE PARISH, LA

MARVIN W. STROZIER, ET.AL.          FILED:

VS. NO. 37,296

KEPCO ENERGY, INC.                  BY: _____
                                    DEPUTY CLERK OF COURT

### ORDER

CONSIDERING the foregoing Rule to Show Cause;

IT IS ORDERED, ADJUDGED AND DECREED that KEPCO ENERGY, INC. and CITIZENS BANK show cause on the 16th day of May, 2011 at 9:00 o'clock a.m., why they should not be required to consent to the change of operator request of R.C. Operating, LLC in connection with the following described wells, to-wit:

1. WX A RC SUTT; STROZIER No. 001, Louisiana Office of Conservation Serial No. 222762.

2. WX B RC SUTT; STROZIER No. 001, Louisiana Office of Conservation Serial No. 212823.

3. P. STROZIER SWD No. 2, Louisiana Office of Conservation Serial No. 212856.

or in the alternative why their consent to the change of operator of said wells should not be dispensed with.

JENA, LOUISIANA, this 28th day of March, 2011.

_____
JUDGE
J. Christopher Peters

{00072332.1.TAC}

ATTEST A TRUE COPY
_____
Dy. Clerk of Court & Ex-Officio Recorder
LaSalle Parish, LA