UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARVIN W. STROZIER, ET AL. | CASE NO.   1:11CV0673 |
| v. | JUDGE DRELL |
| KEPCO ENERGY, INC. AND CITIZENS BANK | MAG. JUDGE KIRK |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes defendant CITIZENS BANK, which respectfully informs this Court that parties hereto have a reached a settlement of this case.

ACCORDINGLY, defendant CITIZENS BANK requests the entry of "Ninety Day Order" or other appropriate order staying the resolution of plaintiffs' Motion to Remand and all other matters in this case until the parties can consummate their settlement agreement.

AYRES, WARREN, SHELTON & WILLIAMS, L.L.C.


By:  /s/ J. Todd Benson
       Curtis R. Shelton #17137 (T.A.)
       J. Todd Benson #23648
333 Texas Street, Suite 1400
P. O. Box 1764 (71166-1764)
Shreveport, LA 71101
Telephone: (318) 227-3500
Facsimile: (318) 277-3980
Email: curtisshelton@awsw-law.com
       toddbenson@awsw-law.com

ATTORNEYS FOR CITIZENS BANK

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served by placing a copy of same in the United States Mail, properly addressed and with adequate postage affixed thereon to:

Mr. James E. Mixon
Mixon & Carroll, PLC
P.O. Drawer 1619
Columbia, LA 71418.

Shreveport, Louisiana, this 13th day of May, 2011.

                                      /s/ J. Todd Benson
                                         OF COUNSEL